UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAMALA S. B.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C18-5914 JLR-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     the ALJ erred in her decision as described in the Report and Recommendation; and

(3)     the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings

Dated this ~~8th~~ 5th day of ~~October~~ Nov., 2019.

James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS - 1